<pre>
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
</pre>

---------------------------------------------------------------------X

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

                     Plaintiff,

       -against-

AZ 400 HERKIMER LLC, AMARBIN AHMED,
EVERYDAY CAPITAL LLC, SCARANO
ARCHITECT PLLC, and JOHN DOE #1 THROUGH
JOHN DOE #154, inclusive, the names of the last 154
defendants being fictitious, the true names of said
defendants being unknown to plaintiff, it being intended
to designate any occupants or tenants of the mortgaged
premises who are in default in the payment of rent for
which a proceeding is now pending by the mortgagor
and/or other persons or parties having or claiming an
interest in or lien upon the mortgaged premises
subordinate to that of the mortgagee, if the aforesaid
individual defendants are living, and if any or all of said
individual defendants be dead, their heirs at law, next of
kin, distributees, executors, administrators, trustees,
committees, devisees, legatees and the assignees,
lienors, creditors, successors in interest of them, and
generally all persons having or claiming under, by,
through or against the said defendants named as a class,
any right, title or interest in or lien upon the premises
described in the complaint herein,

                    Defendants.

Civil Action No.:
1:24-cv-04569-EK-LKE

---------------------------------------------------------------------X

## **APPEARANCE OF COUNSEL**

**TO:** The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for defendant AMARBIN AHMED.

Dated: October 17, 2025

                          **BRONSTER, LLP**

By:    */s/Michael H. Resnikoff*
       Michael H. Resnikoff, Esq.
       156 West 56th Street, Suite 703
       New York, New York 10019
       Tel: (212) 558-9300
       Email: MResnikoff@BronsterLLP.com

*Attorneys for Defendant Amarbin Ahmed*